COMMONWEALTH OF KENTUCKY
KENTON COUNTY CIRCUIT COURT
DIVISION _____
JUDGE _____

JULEASA BROOKS

and

NEKESHA BROOKS

and

MARY JONES                                             PLAINTIFFS


*v.*                        COMPLAINT
                    ELECTRONICALLY FILED


ROBERT LEE NUNN
214 FLYNN STREET
WOODSTOCK, OHIO 43084-9711

    SERVE: OFFICE OF THE SECRETARY OF STATE
           SUMMONS BRANCH
           700 CAPITOL AVENUE, SUITE 86
           FRANKFORT, KENTUCKY 40601-3475

and


BOB EVANS TRANSPORTATION COMPANY, LLC
8111 SMITHS MILL ROAD
NEW ALBANY, OHIO 43054-1183

    SERVE: CT CORPORATION SYSTEM
           306 WEST MAIN STREET, SUITE 512
           FRANKFORT, KENTUCKY 40601-1840    DEFENDANTS


** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000001 of 000005

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
03/11/2019 01:07:20 PM
88910

Come now the Plaintiffs, Juleasa Brooks, Nekesha Brooks, and Mary Jones, by counsel, and for their cause of action against the Defendants, Robert Lee Nunn and Bob Evans Transportation Company, LLC, state as follows:

1.      The Plaintiff, Juleasa Brooks, is a citizen and resident of Lowndes County, Mississippi;

2.      The Plaintiff, Nekesha Brooks, is a citizen and resident of Lowndes County, Mississippi;

3.      The Plaintiff, Mary Jones, is a citizen and resident of Lowndes County, Mississippi;

4.      Hereinafter, Juleasa Brooks, Nekesha Brooks, and Mary Jones will be referred to jointly and severally as "the Plaintiffs";

5.      That, upon information and belief, the Defendant, Robert Lee Nunn, is a citizen and resident of Champaign County, Ohio residing at 214 Flynn Street, Woodstock, Ohio 43084-9711;

6.      That, at the time of the automobile collision described herein, the Defendant, Robert Lee Nunn, was a nonresident operator of a motor vehicle.  In accordance with KRS 188.020, as a nonresident operator of a motor vehicle who accepted the privilege extended by the laws of the Commonwealth of Kentucky to operate a motor vehicle within this state, the Defendant, Robert Lee Nunn, has made the Secretary of State the agent of himself or his personal representative for the service of process in any civil action instituted in the courts of this state against the operator arising out of or by reason of any accident or collision or damage occurring within this state in which the motor vehicle is involved.  The

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000002 of 000005

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                                03/11/2019 01:07:20 PM
                                                                                                88910

Defendant, Robert Lee Nunn, will be served at 214 Flynn Street, Woodstock, Ohio 43084-9711through the Kentucky Office of the Secretary of State, Summonses Branch, The Capitol Building, 700 Capitol Avenue, Suite 86, Frankfort, Kentucky 40601;

7.      That, upon information and belief, the Defendant, Bob Evans Transportation Company, LLC, is a Foreign Limited Liability Company authorized to do business in the Commonwealth of Kentucky with a principal office located at 8111 Smiths Mill Road, New Albany, Ohio 43054-1183. The registered agent in the Commonwealth of Kentucky for Bob Evans Transportation Company, LLC, is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601-1840;

8.      That at the time of their injuries the Plaintiffs were exercising due care for their own safety;

9.      That the Defendant, Robert Lee Nunn, had a duty to operate his vehicle in a careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway;

10.     That on or about April 21, 2017, on a public road in Kenton County, Kentucky, the Defendant, Robert Lee Nunn, was negligent in one or more of the factors of ownership, maintenance, use, operation, or control of his motor vehicle;

11.     That the negligence of the Defendant, Robert Lee Nunn, was the direct and proximate cause of physical, emotional, and financial injuries suffered by the Plaintiffs including the following:

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000003 of 000005

    a.      Mental and physical pain and suffering both of a temporary and permanent nature all to their damage in a sum to be determined by a jury sitting in the trial of this matter;

    b.      The expenditure of sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

    c.      Loss of the Plaintiffs' ability to lead and enjoy a normal life, all to their damage, in a sum to be determined by a jury sitting in the trial of this matter; and

    d.      Lost wages and impairment of their ability to earn income in a sum to be determined by a jury sitting in the trial of this matter;

12.    That on that date and at that place set forth above, the Defendant, Robert Lee Nunn, was the employee, agent, servant, and/or statutory employee of the Defendant, Bob Evans Transportation Company, LLC, and was acting within the course and scope of his employment, thereby causing Bob Evans Transportation Company, LLC to be vicariously liable for any negligence of Robert Lee Nunn under the legal doctrine of *respondeat superior*;

13.    That all damages complained of herein exceed the jurisdiction requirements of this Court.

14.    That this Court has jurisdiction over the parties and the subject matter and venue is proper in this Court.

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
03/11/2019 01:07:20 PM
88910

**WHEREFORE**, the Plaintiffs, Juleasa Brooks, Nekesha Brooks, and Mary Jones, demand judgment against the Defendants, Robert Lee Nunn and Bob Evans Transportation Company, LLC, as follows:

1.      A trial by jury on all issues of fact herein;

2.      Compensatory damages against the Defendant, Robert Lee Nunn, in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

3.      Compensatory damages against the Defendant, Bob Evans Transportation Company, LLC, in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

4.      For prejudgment interest from the date of the injuries of the Plaintiffs until such time the judgment is paid;

5.      For Plaintiffs' costs herein expended; and

6.      For any and all other relief to which the Plaintiffs are entitled.

**RESPECTFULLY** submitted this _____ day of _____, _____.

*/s/ Danielle R. Blandford*
Danielle Reesor Blandford, Esq.
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
Telephone: (502) 912-5952
Facsimile (direct): (502) 912-6451
dblandford@forthepeople.com
*Counsel for the Plaintiffs, Juleasa Brooks, Nekesha Brooks, and Mary Jones*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000005 of 000005

NOT ORIGINAL DOCUMENT
03/11/2019 01:07:36 PM
88910

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #:  **18-CI-005130**
Court:  **CIRCUIT**
County:  **JEFFERSON Circuit**

---

*Plantiff,* **BROOKS, JULEASA, ET AL VS. NUNN, ROBERT LEE, ET AL**, *Defendant*

TO:  **ROBERT LEE NUNN**
    **214 FLYNN STREET**
    **WOODSTOCK, OH 43084**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

         /s/ David L. Nicholson, Jefferson Circuit Clerk
         Date: **09/04/2018**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____

                          _____
                                    Served By

                          _____
                                      Title

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : **000001 of 000001**

Summons ID: @00000880261
CIRCUIT: 18-CI-005130 Long Arm Statute – SOS - Restricted Delivery
BROOKS, JULEASA, ET AL VS. NUNN, ROBERT LEE, ET AL





NOT ORIGINAL DOCUMENT
03/11/2019 01:07:58 PM
88910

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #:  **18-CI-005130**
Court:  **CIRCUIT**
County:  **JEFFERSON Circuit**

---

*Plaintiff,* **BROOKS, JULEASA, ET AL VS. NUNN, ROBERT LEE, ET AL**, *Defendant*

TO:  **BOB EVANS TRANSPORTATION COMPANY, LLC**

   **8111 SMITHS MILL ROAD**

   **NEW ALBANY, OH 43054**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

   /s/ David L. Nicholson, Jefferson Circuit Clerk

   Date: **09/04/2018**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

Summons ID: @00000880262
CIRCUIT: 18-CI-005130 Certified Mail
BROOKS, JULEASA, ET AL VS. NUNN, ROBERT LEE, ET AL



Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001

**eFiled**

NOT ORIGINAL DOCUMENT
03/11/2019 01:08:17 PM
88910

AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **18-CI-005130**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **BROOKS, JULEASA, ET AL VS. NUNN, ROBERT LEE, ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
   **306 WEST MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is BOB EVANS TRANSPORTATION COMPANY, LLC

The Commonwealth of Kentucky to Defendant:
**BOB EVANS TRANSPORTATION COMPANY, LLC**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **09/04/2018**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001





Filed          18-CI-005130     09/04/2018     David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

COMMONWEALTH  OF  KENTUCKY
KENTON COUNTY CIRCUIT COURT
DIVISION _____
JUDGE _____

JULEASA BROOKS, ET AL.                                                        PLAINTIFFS

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE DEFENDANT, BOB EVANS TRANSPORTATION COMPANY, LLC ELECTRONICALLY FILED

*v.*

ROBERT LEE NUNN, ET AL.                                                   DEFENDANTS

**           ** ** ** ** ** ** ** ** ** ** ** ** ** **

Come  now  the  Plaintiffs,  Juleasa  Brooks,  Nekesha  Brooks,  and  Mary

Jones,  and  request  that  the  Defendant,  Bob  Evans  Transportation  Company,

LLC,  respond  under  oath  to  the  following  Interrogatories  and  Requests  for

Production of Documents within 45 days of service.

### DEFINITIONS AND INSTRUCTIONS

I.      Unless otherwise indicated, all references to "Plaintiff", "I", or "we"

means Juleasa Brooks, Nekesha Brooks, and Mary Jones, jointly and severally.

All  references  to  "Defendant"  or  "you"  means  Bob  Evans  Transportation

Company,  LLC,  Defendant's  attorney,  any  agent  or  servant  of  the  Defendant

including but not limited to Defendant's insurance carrier, York Risk Services, or

anyone acting on the behalf of the Defendant.

II.     Definitions

A.      Communication – The term "communication" as used herein

includes,  but  is  not  limited  to,  conversation,  electronically  stored

information  (such  as  e-mail,  instant  messaging,  voice  mail,  and

Presiding Judge : HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000015

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                                03/11/2019 01:08:34 PM
                                                                                                88910

back-up tapes), letter, memorandum, telegram, telephone call, facsimile communication, conference, meeting, consultation, and all other forms of oral, written, or graphic expression by which any information may be conveyed.

B.      <u>Relate, Relate to, etc</u>. – The terms "relate", "relate to", "related to", "relation to", or "relating to" mean consist of, refer to, reflect, or be in any way logically or factually connected with the matter discussed, directly or indirectly.

C.      <u>Relied upon</u> – The term "relied upon" means being or having been depended upon, referred to, or being or having been arguably appropriate for such reliance.

D.      <u>Person</u> – The term "person" means any natural person, individual, corporation, partnership, proprietorship, joint venture, association, organization, team, or group of natural persons.

E.      <u>Describe</u> – The term "describe" means, used in relation to an act, event, instance, occasion, transaction, conversation or communication to:

1. State the date and place thereof;

2. Identify the individual participant;

3. Summarize separately for each individual participant what he or she said or did; and

4. Designate each document used or prepared in connection therewith.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000015

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                           03/11/2019 01:08:34 PM
                                                                                           88910

F.    Document – The term "document" means writing, drawing, memo, letter, graph, chart, photograph, electronically stored information (such as e-mail, instant messaging, voice mail, and back-up tapes), media records, facsimile, telegraph, handwritten notes, publication, article, or other compilation from which information can be obtained.

G.    Subject Motor Vehicle Collision – The phrase "subject motor vehicle collision" means the automobile collision described in Plaintiff's Complaint.

III.   Identity, Identify, or Identification – The terms "identity", "identify", or "identification" mean:

A.    As to an individual, please state his or her:

1.    Full and customarily used names;

2.    Present resident address and business address;

3.    Present resident telephone number and business telephone number;

4.    Resident address and business address during the time period to which the interrogatory relates;

5.    Present or last known job classification or position;

6.    Business or professions during the time period to which the interrogatory relates;

7.    Every office, title, or position held during the time period to which the interrogatory relates;

8.    Every employer during the time period to which the interrogatory relates, stating the name and present or last know address of each such employer; and

9.    The relationship to any defendant.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000015

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk

Filed        18-CI-005130   09/04/2018        David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

B.     As to any person other than an individual (i.e., corporation, partnership, or other entity) please state:

    1.   Its legal name and other names used by it;

    2.   The form or manner of its organization (e.g., partnership, corporation, etc.);

    3.   The state or country (if a foreign country) of its corporation (if it is incorporated) and the address of its principal place of business.

C.     As to a document, please state:

    1.   Its title, if any, and the type of document;

    2.   The date the document was prepared, executed, and received;

    3.   Its author or signatory;

    4.   Its addressee and every other recipient or person having knowledge of its contents or whereabouts;

    5.   Its type or nature (e.g., letter, memorandum, etc.) including its subject matter (which shall be stated with particularity);

    6.   Its length in approximate units such as pages, time, reels, etc.;

    7.   The name and business address of the custodian of the document;

    8.   The present location of the document;

    9.   If the document is presently not in existence, state when it was abandoned, discontinued, or destroyed, the reasons therefore, and identify any other documents such as summaries, digest, or compilations containing the same or similar information or identify whether the document has been saved on any electronic database.

D.     As to an event, transaction, or occurrence, please state:

    1.   Its date;

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000004 of 000015

Case: 2:19-cv-00030-WOB-CJS   Doc #: 1-1   Filed: 03/12/19   Page: 13 of 49 - Page ID#: 20

 

2.   The place where it occurred and the manner of its occurrence (e.g., face-to-face meeting or participants, telephone calls, etc.)

3.   The identification of all its participants;

4.   Its purpose and subject matter;

5.   A concise description of what transpired.

E.    As to a medical charge or bill, please state:

1.   The service provider;

2.   The address of the service provider;

3.   The service provided;

4.   The date of service;

5.   The amount of each charge or billing;

6.   The amount paid;

7.   The payer;

8.   The payee.

IV.   Any reference to charges or bills relating to plaintiff's injuries shall include any charges incurred for follow-up treatment or related services.

V.   In construing these interrogatories:

A.   The singular shall include the plural and the plural shall include the singular;

B.   Any masculine, feminine, or neutral pronoun shall not exclude the other genders;

C.   "And" as well as "or" in the requests herein shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatory any document, communication,

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000015

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                         03/11/2019 01:08:34 PM
                                                                         88910

or information that might otherwise be construed to be outside the scope.

VI.     All categories of documents described below include all communications (as defined herein) and all notes or other memorandum or of communications which relate to, whether or not such may be expressly stated.

VII.     <u>Unavailable or Unknown Information</u> – If any document requested, or the answer to any interrogatory is not available through sources under the control of the party, or is unknown, please identify the person from whom the information may be obtained.

VIII.     <u>Claims of Privilege</u> – For all objections to any interrogatory or request in  which the grounds of any claim of privilege of any kind is asserted:

A.     Please state the nature of the claim of privilege;

B.     Please state all facts relied upon in support of the claim of privilege or related thereto;

C.     Please identify each document related to the claim of privilege;

D.     Please identify each person having knowledge of any facts related to the claim of privilege; and

E.     Please identify all events, transactions, or occurrences related to the claim of privilege.

IX.     <u>Continuing Nature</u> – These Interrogatories and Requests for Production of Documents shall be deemed continuing so as to require

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000015

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

supplemental responses when and if you obtain further information subsequent to you initial response.

## **INTERROGATORIES**

1.    Please identify the person answering these Interrogatories and identify all persons so assisting in formulating the answers to these interrogatories.

**ANSWER:**

2.    Please identify each person who may be a factual witness in this case and state the relationship of each such person to any Defendant.

**ANSWER:**

3.    Please identify each person known to you, your agents, or your attorney, who will testify as to the past or present physical capabilities of the Plaintiff.

**ANSWER:**

4.    Please state whether there is or was in existence any policy of liability insurance, including any umbrella policy, excess policy, secondary coverage policy, and any self-insured retention plan that would or might inure to the benefit of the Plaintiff herein, by providing for payment of a part of or all of any judgment rendered in favor of the Plaintiff against any Defendant or against any other person, firm, or corporation, who is or may be liable to the Plaintiff by

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000007 of 000015

Filed          18-CI-005130     09/04/2018        David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

reason of the subject motor vehicle collision, and if the Answer is in the affirmative, state as follows as to each such policy of insurance or self-insured retention plan known or believed to exist by you or your attorneys:

a.)   The name and address of the insurer on each such policy;

b.)   The name and address of each named insured on each such policy;

c.)   The policy number of each such policy;

d.)   Identify any person, firm, or corporation who is or may be an "additional insured" and any named Defendant(s) in this case;

e.)   The limits of liability on such policy or self-insured retention plan as might be applied to any one Plaintiff by reason of any one incident and the total limits of liability of all persons by reason of any one incident;

f.)   Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay a part of or all of any judgment before the insurer must make payment; if so, what payment must be made and by whom before the insurer must make payment;

g.)   Whether any insurer has notified any insured that said insurer claims that there is or may be no coverage under the terms of the policy of insurance involved; and such notification has not been withdrawn or waived;

h.)   If the answer to subparagraph (g) is in the affirmative, describe the reason given for the claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to said insured (identifying same), and state the date of such notice.

i.)   Identify the resident agent of each insurance company.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000015

Filed 18-CI-005130 09/04/2018 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

5.    Please state whether you, your attorney, or anyone acting on your behalf has obtained any statements in any form, from any persons regarding any of the events referred to in the Complaint.  If so, please identify:

    a.)    Each person from whom each such statement was taken;

    b.)    The date on which each such statement was taken;

    c.)    The person and employer of the person who took each such statement;

    d.)    The persons having custody of each such statement; and

    e.)    The method of taking each such statement, such as by electric recording device, by handwriting, by typewriter, by court reporter, or by other method.

**<u>ANSWER:</u>**


6.    If you have asserted any affirmative defenses in your Answer, please list every fact upon which you rely in asserting each affirmative defense.

**<u>ANSWER:</u>**


7.    For each person whom you expect to call as an expert witness at the trial of this action, please state the following:

    a.)    The identity of each such expert witness;

    b.)    The subject matter upon which this person is expected to testify;

    c.)    The substance of the facts and opinions to which each such person is expected to testify;

    d.)    A summary of the grounds for each such opinion.

**<u>ANSWER:</u>**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000009 of 000015

Filed          18-CI-005130      09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                              03/11/2019 01:08:34 PM
                                                                                              88910

8.    Please  identify  specifically,  including  source  of  publication,  every

document relating to any matter and issue in this action, that was prepared by, or

co-authored by, each such expert referred to in Interrogatory No. 7.

**<u>ANSWER:</u>**


9.    Please  identify  specifically  every  similar  cause  of  action  in  which

each  such  expert  referred  to  in  Interrogatory  No. 7  has  testified  as  an  expert

witness  by  deposition  or  in  court  and  identify  the  person  for  whom  each  such

expert was a witness.

**<u>ANSWER:</u>**


10.    Please  state  whether  you,  your  agents,  servants,  or  employees

have  possession,  custody,  or  control  of  any  photographs  relating  to  the  events

referred  to  in  the  Complaint.    If  so,  please  identify  the  custodian  of  the

photographs,  the  date  each  photograph  was  taken,  and  by  whom  each

photograph was taken.

**<u>ANSWER:</u>**


11.    Please  state  whether  you,  your  agents,  servants,  or  employees

have  possession,  custody,  or  control  of  any  movies  or  videotapes  of  the  Plaintiff.

If  so,  identify  the  custodian  of  the  movies  or  videotapes,  when  each  movie  or

videotape was made, and by whom each movie or videotape was made.

**<u>ANSWER:</u>**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000015

Filed          18-CI-005130   09/04/2018          David L. Nicholson, Jefferson Circuit Clerk          NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

12.     Please state whether you, your agents, attorneys, servants, or employees have retained any persons to perform any surveillance or investigation of any of the parties in this lawsuit.

**<u>ANSWER:</u>**

13.     If the answer to the above interrogatory is in the affirmative, please state:

a.)     The identity of the person or firm retained.

b.)     The identity of the party who is or was the subject of the surveillance.

c.)     Whether such surveillance has already been performed, and if so, the dates of surveillance.

**<u>ANSWER:</u>**

14.     Please state whether you have been convicted of a felony or misdemeanor.  If so, please state in detail all facts relating to the plea of guilty or conviction for each felony or misdemeanor including:

a.)     The jurisdiction and description of the court in which the felony conviction arose;

b.)     The date of the plea of guilty or conviction;

c.)     The jurisdiction and description of the court in which the misdemeanor conviction arose; and

d.)     The date of the plea of guilty or conviction.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000015

Filed 18-CI-005130 09/04/2018 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

**ANSWER:**

15.     With respect to the vehicle that was operated by the individual Defendant at the time of the collision, please state whether any repairs were made on it after the collision.  If the answer is in the affirmative:

  a.)     Please state the costs of any repairs;

  b.)     Please identify any documents that were created by Defendant, Defendant's insurance carrier, or anyone else on Defendant's behalf, describing the repairs to be made; and whether any maintenance procedures were performed on the vehicle after the collision.

**ANSWER:**

16.     Please state whether any photographs were taken of the damage to the vehicle operated by the individual Defendant.  If so, please identify:

  a.)     The custodian of the photographs;

  b.)     When the photographs were taken; and

  c.)     By whom the photographs were taken.

**ANSWER:**

17.     Please identify the owner of the vehicle operated by the individual Defendant and involved in the subject motor vehicle collision.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000012 of 000015

18.    Please describe the circumstances relating to any motor vehicle collisions within two years prior to the subject motor vehicle collision, in which Robert Lee Nunn was the driver.

**ANSWER:**


19.    Please describe the circumstances pertaining to any traffic citations received by Robert Lee Nunn within two years prior to the subject motor vehicle collision.

**ANSWER:**


20.    Please state how many hours Robert Lee Nunn had been driving at the time of the subject motor vehicle collision.

**ANSWER:**


## **REQUEST FOR PRODUCTION OF DOCUMENTS**

1.    Please produce photocopies of all policies and self-insured retention plans of insurance that provide coverage to the Defendant for the injury which is the subject of this action.

**RESPONSE:**


2.    Please produce all photographs, movies or videotapes regarding which an affirmative response was given in the above interrogatories.

**RESPONSE:**

Filed          18-CI-005130      09/04/2018       David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

3.      Please produce copies of any statements you have obtained from any witness or from the Plaintiff.

**RESPONSE:**


4.      Please produce copies of any documents signed by the Plaintiff which in any way relate to this case.

**RESPONSE:**


5.      Please produce copies of any documents relating to the repairs or maintenance of Defendant's vehicle.

**RESPONSE:**


6.      Please produce copies of the complete employee record for Robert Lee Nunn.

**RESPONSE:**


                              */s/ Danielle Reesor Blandford*
                              Danielle Reesor Blandford, Esq.
                              **MORGAN & MORGAN**
                              420 West Liberty Street, Suite 260
                              Louisville, KY 40202-3048
                              Telephone: (502) 912-5952
                              Facsimile (direct): (502) 912-6451
                              dblandford@forthepeople.com
                              *Counsel for the Plaintiffs, Juleasa Brooks,*
                              *Nekesha Brooks, and Mary Jones*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000014 of 000015

Filed 18-CI-005130 09/04/2018 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:08:34 PM
88910

## **CERTIFICATE**

It is hereby certified that a copy of the foregoing Interrogatories and Request for Production of Documents were served with the Complaint.

_/s/ Danielle Reesor Blandford_
Danielle Reesor Blandford, Esq.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000015 of 000015

Case: 2:19-cv-00030-WOB-CJS   Doc #: 1-1   Filed: 03/12/19   Page: 24 of 49 - Page ID#: 31

COMMONWEALTH OF KENTUCKY
KENTON COUNTY CIRCUIT COURT
DIVISION _____
JUDGE _____

JULEASA BROOKS, ET AL.                                                    PLAINTIFFS

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
*v.*         REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO THE DEFENDANT, ROBERT LEE NUNN
ELECTRONICALLY FILED**

ROBERT LEE NUNN, ET AL.                                                   DEFENDANTS

** ** ** ** ** ** ** ** ** ** ** ** ** **

Come now the Plaintiffs, Juleasa Brooks, Nekesha Brooks, and Mary Jones, and request that the Defendant, Robert Lee Nunn, respond under oath to the following Interrogatories and Requests for Production of Documents within 45 days of service.

## DEFINITIONS AND INSTRUCTIONS

I.      Unless otherwise indicated, all references to "Plaintiff", "I", or "we" means Juleasa Brooks, Nekesha Brooks, and Mary Jones, jointly and severally. All references to "Defendant" or "you" means Robert Lee Nunn, Defendant's attorney, any agent or servant of the Defendant including but not limited to Defendant's insurance carrier, York Risk Services, or anyone acting on the behalf of the Defendant.

II.     Definitions

A.      Communication – The term "communication" as used herein includes, but is not limited to, conversation, electronically stored information (such as e-mail, instant messaging, voice mail, and

Presiding Judge : HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000018

Filed          18-CI-005130   09/04/2018          David L. Nicholson, Jefferson Circuit Clerk          NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

back-up tapes), letter, memorandum, telegram, telephone call, facsimile communication, conference, meeting, consultation, and all other forms of oral, written, or graphic expression by which any information may be conveyed.

B.      <u>Relate, Relate to, etc</u>. – The terms "relate", "relate to", "related to", "relation to", or "relating to" mean consist of, refer to, reflect, or be in any way logically or factually connected with the matter discussed, directly or indirectly.

C.      <u>Relied upon</u> – The term "relied upon" means being or having been depended upon, referred to, or being or having been arguably appropriate for such reliance.

D.      <u>Person</u> – The term "person" means any natural person, individual, corporation, partnership, proprietorship, joint venture, association, organization, team, or group of natural persons.

E.      <u>Describe</u> – The term "describe" means, used in relation to an act, event, instance, occasion, transaction, conversation or communication to:

  1.  State the date and place thereof;

  2.  Identify the individual participant;

  3.  Summarize separately for each individual participant what he or she said or did; and

  4.  Designate each document used or prepared in connection therewith.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000018

Filed          18-CI-005130      09/04/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

F.    Document – The term "document" means writing, drawing, memo, letter, graph, chart, photograph, electronically stored information (such as e-mail, instant messaging, voice mail, and back-up tapes), media records, facsimile, telegraph, handwritten notes, publication, article, or other compilation from which information can be obtained.

G.    Subject Motor Vehicle Collision – The phrase "subject motor vehicle collision" means the automobile collision described in Plaintiff's Complaint.

III.    Identity, Identify, or Identification – The terms "identity", "identify", or "identification" mean:

A.    As to an individual, please state his or her:

1.    Full and customarily used names;

2.    Present resident address and business address;

3.    Present resident telephone number and business telephone number;

4.    Resident address and business address during the time period to which the interrogatory relates;

5.    Present or last known job classification or position;

6.    Business or professions during the time period to which the interrogatory relates;

7.    Every office, title, or position held during the time period to which the interrogatory relates;

8.    Every employer during the time period to which the interrogatory relates, stating the name and present or last know address of each such employer; and

9.    The relationship to any defendant.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000018

Filed        18-CI-005130        09/04/2018        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

B.    As to any person other than an individual (i.e., corporation, partnership, or other entity) please state:

    1.    Its legal name and other names used by it;

    2.    The form or manner of its organization (e.g., partnership, corporation, etc.);

    3.    The state or country (if a foreign country) of its corporation (if it is incorporated) and the address of its principal place of business.

C.    As to a document, please state:

    1.    Its title, if any, and the type of document;

    2.    The date the document was prepared, executed, and received;

    3.    Its author or signatory;

    4.    Its addressee and every other recipient or person having knowledge of its contents or whereabouts;

    5.    Its type or nature (e.g., letter, memorandum, etc.) including its subject matter (which shall be stated with particularity);

    6.    Its length in approximate units such as pages, time, reels, etc.;

    7.    The name and business address of the custodian of the document;

    8.    The present location of the document;

    9.    If the document is presently not in existence, state when it was abandoned, discontinued, or destroyed, the reasons therefore, and identify any other documents such as summaries, digest, or compilations containing the same or similar information or identify whether the document has been saved on any electronic database.

D.    As to an event, transaction, or occurrence, please state:

    1.    Its date;

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000004 of 000018

Filed          18-CI-005130          09/04/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

2.    The place where it occurred and the manner of its occurrence (e.g., face-to-face meeting or participants, telephone calls, etc.)

3.    The identification of all its participants;

4.    Its purpose and subject matter;

5.    A concise description of what transpired.

E.    As to a medical charge or bill, please state:

1.    The service provider;

2.    The address of the service provider;

3.    The service provided;

4.    The date of service;

5.    The amount of each charge or billing;

6.    The amount paid;

7.    The payer;

8.    The payee.

IV.    Any reference to charges or bills relating to plaintiff's injuries shall include any charges incurred for follow-up treatment or related services.

V.    In construing these interrogatories:

A.    The singular shall include the plural and the plural shall include the singular;

B.    Any masculine, feminine, or neutral pronoun shall not exclude the other genders;

C.    "And" as well as "or" in the requests herein shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatory any document, communication,

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000018

Filed          18-CI-005130          09/04/2018          David L. Nicholson, Jefferson Circuit Clerk  NOT ORIGINAL DOCUMENT
                                                                                                          03/11/2019 01:09:13 PM
                                                                                                          88910

or information that might otherwise be construed to be outside the
scope.

VI.     All categories of documents described below include all
communications (as defined herein) and all notes or other memorandum or of
communications which relate to, whether or not such may be expressly stated.

VII.    <u>Unavailable or Unknown Information</u> – If any document requested,
or the answer to any interrogatory is not available through sources under the
control of the party, or is unknown, please identify the person from whom the
information may be obtained.

VIII.   <u>Claims of Privilege</u> – For all objections to any interrogatory or
request in  which the grounds of any claim of privilege of any kind is asserted:

      A.     Please state the nature of the claim of privilege;

      B.     Please state all facts relied upon in support of the claim of
privilege or related thereto;

      C.     Please identify each document related to the claim of
privilege;

      D.     Please identify each person having knowledge of any facts
related to the claim of privilege; and

      E.     Please identify all events, transactions, or occurrences
related to the claim of privilege.

IX.     <u>Continuing Nature</u> – These Interrogatories and Requests for
Production of Documents shall be deemed continuing so as to require

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000018

supplemental responses when and if you obtain further information subsequent to you initial response.

## **INTERROGATORIES**

1.     Please identify the person answering these Interrogatories and identify all persons so assisting in formulating the answers to these interrogatories.

**ANSWER:**


2.     Please identify each person who may be a factual witness in this case and state the relationship of each such person to any Defendant.

**ANSWER:**


3.     Please identify each person known to you, your agents, or your attorney, who will testify as to the past or present physical capabilities of the Plaintiff.

**ANSWER:**


4.     Please state whether there is or was in existence any policy of liability insurance, including any umbrella policy, excess policy, secondary coverage policy, and any self-insured retention plan that would or might inure to the benefit of the Plaintiff herein, by providing for payment of a part of or all of any judgment rendered in favor of the Plaintiff against any Defendant or against any other person, firm, or corporation, who is or may be liable to the Plaintiff by

Filed          18-CI-005130     09/04/2018        David L. Nicholson, Jefferson Circuit Clerk      NOT ORIGINAL DOCUMENT
                                                                                                    03/11/2019 01:09:13 PM
                                                                                                    88910

reason of the subject motor vehicle collision, and if the Answer is in the affirmative, state as follows as to each such policy of insurance or self-insured retention plan known or believed to exist by you or your attorneys:

a.)     The name and address of the insurer on each such policy;

b.)     The name and address of each named insured on each such policy;

c.)     The policy number of each such policy;

d.)     Identify any person, firm, or corporation who is or may be an "additional insured" and any named Defendant(s) in this case;

e.)     The limits of liability on such policy or self-insured retention plan as might be applied to any one Plaintiff by reason of any one incident and the total limits of liability of all persons by reason of any one incident;

f.)     Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay a part of or all of any judgment before the insurer must make payment; if so, what payment must be made and by whom before the insurer must make payment;

g.)     Whether any insurer has notified any insured that said insurer claims that there is or may be no coverage under the terms of the policy of insurance involved; and such notification has not been withdrawn or waived;

h.)     If the answer to subparagraph (g) is in the affirmative, describe the reason given for the claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to said insured (identifying same), and state the date of such notice.

i.)     Identify the resident agent of each insurance company.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

5.    Please state whether you, your attorney, or anyone acting on your behalf has obtained any statements in any form, from any persons regarding any of the events referred to in the Complaint.  If so, please identify:

a.)    Each person from whom each such statement was taken;

b.)    The date on which each such statement was taken;

c.)    The person and employer of the person who took each such statement;

d.)    The persons having custody of each such statement; and

e.)    The method of taking each such statement, such as by electric recording device, by handwriting, by typewriter, by court reporter, or by other method.

**ANSWER:**


6.    If you have asserted any affirmative defenses in your Answer, please list every fact upon which you rely in asserting each affirmative defense.

**ANSWER:**


7.    For each person whom you expect to call as an expert witness at the trial of this action, please state the following:

a.)    The identity of each such expert witness;

b.)    The subject matter upon which this person is expected to testify;

c.)    The substance of the facts and opinions to which each such person is expected to testify;

d.)    A summary of the grounds for each such opinion.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000009 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk  NOT ORIGINAL DOCUMENT
                                                                                                03/11/2019 01:09:13 PM
                                                                                                88910

8.    Please identify specifically, including source of publication, every document relating to any matter and issue in this action, that was prepared by, or co-authored by, each such expert referred to in Interrogatory No. 7.

**ANSWER:**

9.    Please identify specifically every similar cause of action in which each such expert referred to in Interrogatory No. 7 has testified as an expert witness by deposition or in court and identify the person for whom each such expert was a witness.

**ANSWER:**

10.    Please state whether you, your agents, servants, or employees have possession, custody, or control of any photographs relating to the events referred to in the Complaint.  If so, please identify the custodian of the photographs, the date each photograph was taken, and by whom each photograph was taken.

**ANSWER:**

11.    Please state whether you, your agents, servants, or employees have possession, custody, or control of any movies or videotapes of the Plaintiff. If so, identify the custodian of the movies or videotapes, when each movie or videotape was made, and by whom each movie or videotape was made.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000018

Filed          18-CI-005130          09/04/2018          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

12.     Please state whether you, your agents, attorneys, servants, or employees have retained any persons to perform any surveillance or investigation of any of the parties in this lawsuit.

**ANSWER:**


13.     If the answer to the above interrogatory is in the affirmative, please state:

a.)     The identity of the person or firm retained.

b.)     The identity of the party who is or was the subject of the surveillance.

c.)     Whether such surveillance has already been performed, and if so, the dates of surveillance.

**ANSWER:**


14.     Please state whether you have been convicted of a felony or misdemeanor.  If so, please state in detail all facts relating to the plea of guilty or conviction for each felony or misdemeanor including:

a.)     The jurisdiction and description of the court in which the felony conviction arose;

b.)     The date of the plea of guilty or conviction;

c.)     The jurisdiction and description of the court in which the misdemeanor conviction arose; and

d.)     The date of the plea of guilty or conviction.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000018

Filed 18-CI-005130 09/04/2018 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

**ANSWER:**

15.     With respect to any individual Defendant, please state whether you have ever had your operator's license in Kentucky or any other jurisdiction suspended for any reason.  If so, please state:

    a.)     The jurisdiction and date on which the license was revoked or suspended;

    b.)     The reason for the revocation or suspension; and

    c.)     Any criminal charges related to the revocation or suspension.

**ANSWER:**

16.     With respect to any individual Defendant, on the date of the event referred to in the complaint, did you have a valid Drivers License?

**ANSWER:**

17.     If the answer to the preceding question is in the affirmative, please identify the issuing state or province and state whether it is a commercial license or an operator's license and describe any restrictions that apply to such license.

**ANSWER:**

18.     If the license described in the response to the preceding Interrogatory is a commercial driver's license, please state the Group (such as A,

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000012 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                                03/11/2019 01:09:13 PM
                                                                                88910

B, or C) and any endorsement (such as Double/Triple Trailers, Passenger, Tank

Vehicle, Hazardous Materials, School Bus) thereon.

**ANSWER:**


19.    With respect to the vehicle that was operated by the individual

Defendant at the time of the collision, please state whether any repairs were

made on it after the collision.  If the answer is in the affirmative:

    a.)    Please state the costs of any repairs;

    b.)    Please identify any documents that were created by Defendant,
        Defendant's insurance carrier, or anyone else on Defendant's
        behalf, describing the repairs to be made; and whether any
        maintenance procedures were performed on the vehicle after the
        collision.

**ANSWER:**


20.    Please state whether any photographs were taken of the damage

to the vehicle operated by the individual Defendant.  If so, please identify:

    a.)    The custodian of the photographs;

    b.)    When the photographs were taken; and

    c.)    By whom the photographs were taken.

**ANSWER:**


21.    Please identify the owner of the vehicle operated by the individual

Defendant and involved in the subject motor vehicle collision.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000013 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                    03/11/2019 01:09:13 PM
                                                                                    88910

22.     At the time and place of the subject motor vehicle collision, please state whether there was anywhere in the vehicle being operated by the Defendant, a mobile telephone, whether in use or not, whether operational or not.

**<u>ANSWER:</u>**

23.     If the response to the preceding interrogatory is in the affirmative, state:

a.)     The identity of the subscriber of the mobile telephone service;

b.)     The address of the above subscriber;

c.)     Billing address of subscriber (if different from above);

d.)     Mobile telephone number of subscriber;

e.)     Wired telephone number of subscriber;

f.)     Name of mobile telephone service provider;

g.)     Address of mobile telephone service provider; and

h.)     Account number assigned by mobile telephone service provider

**<u>ANSWER:</u>**

24.     At the time and place of the subject motor vehicle collision, state whether the Defendant was a subscriber to any mobile telephone service.

**<u>ANSWER:</u>**

25.     If the response to the preceding interrogatory was in the affirmative, state:

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000014 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                                03/11/2019 01:09:13 PM
                                                                                                88910

a.)     Billing address for Defendant's mobile telephone service;

b.)     Mobile telephone number of Defendant;

c.)     Name of mobile telephone service provider;

d.)     Address of mobile telephone service provider; and

e.)     Account number assigned by provider to subscriber

**ANSWER:**


26.     On the date of the subject motor vehicle collision, and with respect to any individual Defendant, please state whether you were employed and whether you were in the course and scope of any employment for any person or on the business of any person.   Also please state the name, address, and telephone number of your employer.

**ANSWER:**


27.     Please describe the circumstances relating to any motor vehicle collisions within two years prior to the subject motor vehicle collision, in which you were the driver.

**ANSWER:**


28.     Please describe the circumstances pertaining to any traffic citations received by you within two years prior to the subject motor vehicle collision.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000015 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

29.     Please state how many hours you had been driving at the time of the subject motor vehicle collision.

**ANSWER:**

## **REQUEST FOR PRODUCTION OF DOCUMENTS**

1.      Please produce photocopies of all policies and self-insured retention plans of insurance that provide coverage to the Defendant for the injury which is the subject of this action.

**RESPONSE:**

2.      Please produce all photographs, movies or videotapes regarding which an affirmative response was given in the above interrogatories.

**RESPONSE:**

3.      Please produce copies of any statements you have obtained from any witness or from the Plaintiff.

**RESPONSE:**

4.      Please produce copies of any documents signed by the Plaintiff which in any way relate to this case.

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000016 of 000018

Filed          18-CI-005130     09/04/2018          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

5.    Please produce copies of any documents relating to the repairs or maintenance of Defendant's vehicle.

**RESPONSE:**


6.    If the response to Interrogatory #22 is in the affirmative, please produce copies of complete bills, invoices, or statements for mobile telephone service for the billing period which includes:

a.)    The date mentioned in the Complaint;

b.)    The billing period immediately preceding the date mentioned in the Complaint;

c.)    The billing period immediately succeeding the date mentioned in the Complaint

**RESPONSE:**


7.    If the response to Interrogatory #24 is in the affirmative, please produce copies of complete bills, invoices, or statements for mobile telephone service for the billing period which includes:

a.)    The date mentioned in the Complaint;

b.)    The billing period immediately preceding the date mentioned in the Complaint;

c.)    The billing period immediately succeeding the date mentioned in the Complaint

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000017 of 000018

Filed 18-CI-005130 09/04/2018 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
03/11/2019 01:09:13 PM
88910

/s/ Danielle Reesor Blandford

Danielle Reesor Blandford, Esq.
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
Telephone: (502) 912-5952
Facsimile (direct): (502) 912-6451
dblandford@forthepeople.com
*Counsel for the Plaintiffs, Juleasa Brooks,*
*Nekesha Brooks, and Mary Jones*

## CERTIFICATE

It is hereby certified that a copy of the foregoing Interrogatories and Request for Production of Documents were served with the Complaint.

/s/ Danielle Reesor Blandford

Danielle Reesor Blandford, Esq.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000018 of 000018

Filed          18-CI-005130     09/17/2018          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                            03/11/2019 01:10:10 PM
                                                                                            88910

CASE NUMBER 18-CI-005130                        JEFFERSON CIRCUIT COURT
                                                     DIVISION TEN (10)
                                              HON. ANGELA MCCORMICK BISIG


JULEASA BROOKS, ET AL.                                          PLAINTIFFS


v.              **MOTION FOR CHANGE OF VENUE**
                    **ELECTRONICALLY FILED**


ROBERT LEE NUNN, ET AL.                                         DEFENDANTS

                ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Come now the Plaintiffs, Juleasa Brooks, Nekesha Brooks, and Mary Jones, by and through the undersigned attorney, and for their Motion for Change of Venue states as follows:

**MOTION**

Through error and inadvertence, this case was mistakenly filed in Jefferson County.  However, the incident that is at controversy in this action took place in Kenton County.

Therefore, Plaintiff prays that the Court transfer venue to the proper court in Kenton County.

**RESPECTFULLY** submitted this 17th day of September, 2018.


                                        */s/ Danielle R. Blandford*
                                        Danielle Reesor Blandford, Esq.
                                        **MORGAN & MORGAN**
                                        420 West Liberty Street, Suite 260
                                        Louisville, KY 40202-3048
                                        Telephone: (502) 912-5952
                                        Facsimile (direct): (502) 912-6451
                                        dblandford@forthepeople.com
                                        *Attorney for the Plaintiffs*

Filed          18-CI-005130     09/17/2018          David L. Nicholson, Jefferson Circuit Clerk

CV : 000001 of 000002

Case: 2:19-cv-00030-WOB-CJS Doc #: 1-1 Filed: 03/12/19 Page: 43 of 49 - Page ID#: 50

## **CERTIFICATE OF SERVICE**

It is hereby certified that on this the 17th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Kentucky Court of Justice eFiling System, which will send notices of electronic filing, or transmitted via USPS First Class Mail or electronic mail, to the following:

ROBERT LEE NUNN
214 Flynn Street
Woodstock, Ohio 43084-9711
*Defendant*

and

BOB EVANS TANSPORTATION COMPANY, LLC
8111 Smiths Mill Road
New Albany, Ohio 43054-1183
*Defendant*

 */s/ Danielle Reesor Blandford*
Danielle Reesor Blandford, Esq.
**MORGAN & MORGAN**

Tendered    18-CI-005130    09/17/2018    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/11/2019 01:10:39 PM
88910

CASE NUMBER 18-CI-005130         JEFFERSON CIRCUIT COURT
DIVISION TEN (10)
HON. ANGELA MCCORMICK BISIG

JULEASA BROOKS, ET AL.            PLAINTIFFS

v.              **ORDER**

ROBERT LEE NUNN, ET AL.           DEFENDANTS

** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Motion having been made and the Court sufficiently advised,

IT IS HEREBY ORDERED that this action shall be transferred to the Kenton Circuit Court for assignment to an appropriate court.  Further, the Kenton Circuit Court Clerk shall issue the appropriate summons to the Defendant, Robert Lee Nunn, by means of his agent, Office of Secretary of State, Summons Branch, 700 Capitol Avenue, Suite 86, Frankfort, Kentucky 40601-3475, as well as the Defendant, Bob Evans Transportation Company, LLC, by means of its registered agent CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601-1840.

Entered this _____ day of _____, _____.

_____
JUDGE

Tendered    18-CI-005130    09/17/2018    David L. Nicholson, Jefferson Circuit Clerk

Distribution:

Danielle Reesor Blandford, Esq.
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
*Attorney for the Plaintiffs*

and

ROBERT LEE NUNN
214 Flynn Street
Woodstock, Ohio 43084-9711
*Defendant*

and

BOB EVANS TANSPORTATION COMPANY, LLC
8111 Smiths Mill Road
New Albany, Ohio 43054-1183
*Defendant*

NOT ORIGINAL DOCUMENT
03/11/2019 01:11:36 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bob Evans Transport
C/O CT Corp
306 W. Main St
18-CI-1934

9590 9402 3078 7124 8749 51

2. Article Number (Transfer from service label)

7017 1450 0000 0088 5048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Susan Johnson

☐ Agent
☐ Addressee

B. Received by (Printed Name)    Susan Johnson

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
KENTON CIRCUIT DISTRICT
FEB 25 2019
KENTON

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**



9590 9402 3078 7124 8749 51

**United States
Postal Service**

NOT ORIGINAL DOCUMENT
03/18/2019 01:__:36 PM
88910

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE # 859-292-6521

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X **88910**

☐ Agent
☐ Addresse

B. Received by *(Printed Name)*    C. Date of Deliver

1. Article Addressed to:

Robert Lee Menn

SECRETARY OF STATE
CAPITOL BUILDING
FRANKFORT, KY 40601

8 - C1 - 1934

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

BRIAN HOWARD

FEB 21 2019    FEB 2 2019

|||||||||||||||||||||||||||||||||||||||
9590 9402 3078 7124 8749 44

2. Article Number *(Transfer from service label)*

7017 1450 0000 0088 5055

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ured Mail
☐ ured Mail Restricted Delivery
   er $500)

FILED
KENTON CIRCUIT/DISTRICT COURT

FEB 27

JOHN C. MID
BY

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

D.C.

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receip



9590 9402 3078 7124 8749 44

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

NOT ORIGINAL DOCUMENT
03/11/2019 01:__:__ PM
88910

• Sender: Please print your name, address, and ZIP+4® in this box•

KENTON CIRCUIT COURT
230 MADISON AVE.
3RD. FLOOR
COVINGTON, KY 41011
PHONE # 859-292-6521